No. 851.   GEFEN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.   *Joseph M. Glickstein, Jr.,* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Walters, Loring W. Post,* and *Robert I. Waxman* for the United States.

No. 949.   KAISER INDUSTRIES CORP. ET AL. v. McLOUTH STEEL CORP.   C. A. 6th Cir.   Motion of Government of Austria for leave to file a brief, as *amicus curiae,* granted. Certiorari denied.   *William H. Webb, John A. Dienner, John M. Webb, W. Brown Morton, Jr.,* and *George E. Brand, Jr.,* for petitioners.   *William B. Cudlip, John Vaughan Groner,* and *Ronald F. Ball* for respondent. *David Ginsburg* for Government of Austria, as *amicus curiae,* in support of the petition.

No. 726, Misc.   SMITH v. BETO, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.   *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Robert C. Flowers* and *Howard M. Fender,* Assistant Attorneys General, and *Hawthorne Phillips* for respondent.

No. 940.   KENNEY v. AMERICAN CAN Co.   C. A. 9th Cir.   Certiorari and other relief denied.

No. 688, Misc.   HANGER ET AL. v. UNITED STATES. C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.